No. 750.  BUFFALO DRY DOCK CO. *v.* SALKELD ET AL. March 5, 1934.  Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. George Wm. Cottrell* and *Thomas C. Burke* for petitioner.  *Messrs. Forrest E. Single* and *Horace T. Atkins* for respondents.

No. 756.  GENERAL CHEMICAL CO. *v.* SELDEN CO. March 5, 1934.  Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. W. B. Morton* and *Clarence M. Fisher* for petitioner.  *Mr. Clair W. Fairbank* for respondent.

No. 757.  AMERICAN SURETY CO. *v.* BANKERS SAVINGS & LOAN ASSN.  March 5, 1934.  Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied.  *Messrs. Matthew A. Hall* and *Raymond G. Young* for petitioner.  *Mr. Clement L. Waldron* for respondent.

No. 759.  SOUTHERN RY. CO. *v.* WILBANKS.  March 5, 1934.  Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Sidney S. Alderman, H. O'B. Cooper, Sanders McDaniel, Alonzo C. Wheeler,* and *S. R. Prince* for petitioner.  *Mr. Reuben R. Arnold* for respondent.

No. 760.  SOUTHERN RY. CO. *v.* LAWRENCE.  March 5, 1934.  Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.  *Messrs. Sidney S. Alderman, H. O'B. Cooper, Sanders McDaniel, Alonzo C. Wheeler,* and *S. R. Prince* for petitioner.  *Mr. Reuben R. Arnold* for respondent.